```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 18716
   SYLWIA BOROWSKI
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9171


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/21/2008 and was not confirmed.

     The case was dismissed without confirmation 10/29/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                           PAID            PAID
------------------------------------------------------------------------------

BENEFICIAL CREDIT SERVIC  SECURED NOT I      909.46            .00             .00
EMC MORTGAGE CORPORATION  CURRENT MORTG         .00            .00             .00
EMC MORTGAGE CORPORATION  UNSECURED       NOT FILED            .00             .00
BARCLAYS CAPITAL REAL ES  CURRENT MORTG         .00            .00             .00
DEUTSCHE BANK NATIONAL T  CURRENT MORTG         .00            .00             .00
BENEFICIAL HFC            UNSECURED       NOT FILED            .00             .00
CAPITAL ONE               UNSECURED          947.47            .00             .00
CHASE BP                  UNSECURED       NOT FILED            .00             .00
FAIR COLLECTIONS & OUT    UNSECURED       NOT FILED            .00             .00
MACYS RETAIL HOLDINGS     UNSECURED         1604.77            .00             .00
PEOPLES GAS               UNSECURED       NOT FILED            .00             .00
MACYS DSNB                UNSECURED       NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED         1422.20            .00             .00
TARGET NATIONAL BANK      UNSECURED         1423.69            .00             .00
TRIAD FINANCIAL CORP      UNSECURED       NOT FILED            .00             .00
ROUNDUP FUNDING LLC       UNSECURED         1313.34            .00             .00
BENEFICIAL CREDIT SERVIC  MORTGAGE ARRE     9980.00            .00             .00
BARCLAYS CAPITAL REAL ES  MORTGAGE ARRE         .00            .00             .00
DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE     3958.00            .00             .00
HARRIS NA                 UNSECURED         3614.12            .00             .00
EMC MORTGAGE CORPORATION  SECURED NOT I         .00            .00             .00
EMC MORTGAGE              MORTGAGE NOTI   NOT FILED            .00             .00
DEUTSCHE BANK NATIONAL T  MORTGAGE NOTI   NOT FILED            .00             .00
TRIAD FINANCIAL CORP      SECURED NOT I     6664.68            .00             .00
LORETO VITO LAZZARA       DEBTOR ATTY           .00                            .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                                .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 18716 SYLWIA BOROWSKI
```

```
SECURED                                                                 .00
UNSECURED                                                               .00
ADMINISTRATIVE                                                          .00
TRUSTEE COMPENSATION                                                    .00
DEBTOR REFUND                                                           .00
                                      ---------------    ---------------
TOTALS                                            .00                   .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 01/26/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE